I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-10-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EUGENE PEYTON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>R. LOPEZ, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-1195-RGK(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files of this case, and the Report and Recommendation of the U.S. Magistrate Judge. Petitioner filed objections to the Report and Recommendation, generally repeating the arguments in the Petition and Traverse. The Court has made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made and concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Petitioner's request for an evidentiary hearing is denied and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 9, 2012

　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE